**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 573 EAL 2019

            Respondent

                  :  Petition for Allowance of Appeal
                  :  from the Order of the Superior Court

           v.

AARON  BRUNSON,

            Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.